# EXHIBIT B

| # | Personal Representative |  |  |  | Claimant |  |  |  | Nationality on 9/11 | 9/11 Decedent |  |  |  | Nationality on 9/11 | Date of Death | 9/11 Site | Claim Information |  | Amendments & Substitutions | Solatium Damages |  | Prior Award | Amount | Treble | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | First | Middle | Last | Suffix | First | Middle | Last | Suffix |  | First | Middle | Last | Suffix |  |  |  | Case | Complaint |  | Relationship | Documentation |  |  |  |  |
| 1 |  |  |  |  | Stephen | James | Carson |  | US | James | Joseph | Carson | Jr. | US | 9/11/2001 | NY | 18cv05320 | 18cv05320, 7 at 11 | 9722 at 3 | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 2 |  |  |  |  | William | Joseph | Carson |  | US | James | Joseph | Carson | Jr. | US | 9/11/2001 | NY | 18cv05320 | 18cv05320, 7 at 11 | 9722 at 3 | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 3 |  |  |  |  | Deborah | Camille | Cremona |  | US | Godwin | Orville | Forde |  | United Kingdom | 9/11/2001 | NY | 18cv12276 | 18cv12276, 1 at 7 | 9761 at 3 | Spouse | N/A | N/A | $12,500,000.00 | N/A |  |
| 4 |  |  |  |  | Catherine |  | Hartz | Allen | US | John | Clinton | Hartz |  | US | 9/11/2001 | NY | 02cv06977 | 02cv06977, 465 at 11 | 9451 at 3 | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 5 |  |  |  |  | John | Clinton | Hartz | Jr. | US | John | Clinton | Hartz |  | US | 9/11/2001 | NY | 02cv06977 | 02cv06977, 465 at 11 | 9451 at 3 | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 6 |  |  |  |  | Christine |  | Kuveikis |  | US | Thomas | Joseph | Kuveikis |  | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 6 | N/A | Sibling | N/A | N/A | $4,250,000.00 | N/A | Claimant's last name was previously "Peschel"; motion to correct is pending at ECF No. 9806 |
| 7 | Michael |  | McGuire |  | Terrence | Joseph | McGuire |  | US | Patrick | Joseph | McGuire |  | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 5 | 9723 at 3, 9732 | Sibling (Deceased) | N/A | N/A | $4,250,000.00 | N/A |  |
| 8 | Anthony | F. | Russo |  | Anthony | S. | Russo |  | US | Michael | Thomas | Russo |  | US | 9/11/2001 | NY | 18cv12387 | 18cv12387, 1 at 1 | 9721 at 3 | Parent (Deceased) | N/A | N/A | $8,500,000.00 | N/A |  |