# EXHIBIT B



CAROLYN MAYER BEUG          DAVID LAWRE

s CURRY    EEN          CHRISTOPHER R. ZA

RAHMA SALIE AND HER UNBORN CHI