UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                                                          03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                                    **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Morris v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD)(SN)
    Schlissel v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD)(SN)
    Ades v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD)(SN)
    Abel v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD)(SN)
    Jimenez v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD)(SN)
    Rivelli v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD)(SN)
    Hemenway v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD)(SN)
    Rowenhorst v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN)
    BNY Mellon v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD)(SN)
    Bernaerts v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD)(SN)
    Hargrave v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD)(SN)
    Asaro v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD)(SN)
    Amato v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD)(SN)
    King v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD)(SN)
    Strauss v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD)(SN)
    Kone v. Islamic Republic of Iran, No. 1:23-cv-05790 (GBD)(SN)
    Lopez v. Islamic Republic of Iran, No. 1:23-cv-08305 (GBD)(SN)
    Burnett v. Islamic Republic of Iran, No. 1:15-cv-09903 (GBD)(SN)
    Moody-Theinert v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD)(SN)
    Aamoth v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD)(SN)
    Bodner v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD)(SN)
    Fennelly v. Islamic Republic of Iran, No. 1:23-cv-10824 (GBD)(SN)
    Bianco v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD)(SN)
    Kelly v. Islamic Republic of Iran, No. 1:23-cv-07283 (GBD)(SN)
    Jelnek v. Islamic Republic of Iran, No. 1:24-cv-05520 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Order dated June 2, 2025, it is hereby ORDERED that a partial final damages

judgment is entered against Iran on behalf of the Plaintiff in the above-captioned matters, as identified in the attached Exhibit A, who is the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibit A; and it is further ORDERED that the Plaintiff identified in the attached Exhibit A is awarded compensatory damages for decedent's pain and suffering in the amount of $2,000,000, as set forth in the attached Exhibit A; and it is further ORDERED that the Plaintiff identified in the expert report submitted in support of the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") at ECF No. 10824 is awarded economic damages, as set forth in the attached Exhibit A and as supported by the expert report and analysis tendered in conjunction with the Goldman Declaration; and it is further ORDERED that the Plaintiff receiving pain and suffering damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further ORDERED that Plaintiff receiving economic damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is further ORDERED that the Plaintiff identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further ORDERED that the remaining Plaintiffs in the above-captioned matters not appearing in Exhibit A may submit in later stages applications for damages awards (to the extent such awards have not previously been ordered), and to the extent such plaintiffs are similarly situated to the Plaintiff appearing in Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiff appearing in Exhibit A.

**Dated:**  New York, New York

August 11, 2025

                                                **TAMMI M. HELLWIG**

                                                _____

                                                    **Clerk of Court**

**BY:**      *[signature]*

                                                   **Deputy Clerk**

Ex. A

| Personal Representative ||||| 9/11 Decedent |||||||| Claim Information |||| Pain & Suffering Damages ||| Economic Damages |||||| |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | | Report | Date of Report | Prior Award | Amount | Notes |
| 1 | Christopher | | Cuomo | | Vanessa | Lang | Langer | | USA | 9/11/2001 | NY | 1:20cv09387 | 20cv09387, 1 at 2 | 10482 at 3 (granted at 10486) | N/A | $2,000,000.00 | | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. aat ECF No. 10824 at page 46.* | 4/1/2025 | N/A | $2,740,991.00 | Christopher Cuomo is the Westchester County Public Administrator |