# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)

### PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF RULE 54(b) FINAL JUDGMENT AS TO THE CLAIMS OF THE ESTATES OF MICHAEL THEODORIDIS AND RAHMA SALIE AGAINST IRAN

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiffs in the above-referenced matters, by and through undersigned counsel, respectfully move this Court for an ORDER:

(1) entering a final judgment, pursuant to Fed. R. Civ. P. 54(b), based on the Court's denial of the renewed judgment motion (ECF No. 10326) brought only by the Estates of Michael Theodoridis and Rahma Salie against defendant Islamic Republic of Iran ("Iran") in its Memorandum Decision and Order dated August 4, 2025 (ECF No. 11118); and

(2) granting such other and further relief as the court may deem just and proper.

The purpose of this motion, as more fully explained in the memorandum of law filed herewith, is to allow an appeal from the Memorandum Decision and Order dated August 4, 2025 (ECF No. 11118), while unadjudicated claims remain in the above-captioned actions.

Dated:    New York, New York    Respectfully submitted,
          September 8, 2025

/s/ Jerry S. Goldman
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
7 Times Square, 15th Floor
New York, NY 10036
Tel: (212) 279-1000
Fax: (212) 278-1733
Email:  jgoldman@andersonkill.com
        bstrong@andersonkill.com
        agreene@andersonkill.com

*Attorneys for Plaintiffs*